UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------X
UNITED STATES OF AMERICA

       vs.

DILIP PATEL,

              Defendant.
----------------------------------X

Case No. 10-cr-651 (SRC)

[PROPOSED]
ORDER PERMITTING DEFENDANT TO
TRAVEL TO INDIA

WHEREAS, this matter having been brought before the Court on the application of Robert J. Cleary, Esq., of the law firm of Proskauer Rose LLP, attorneys for Defendant Dilip Patel, for an Order releasing Mr. Patel's passport and permitting him to travel to India, leaving from New Jersey on December 21, 2010 and returning on February 3, 2011; and

WHEREAS, Assistant United States Attorney Maureen Nakly, attorney for the Government, and Erika Dipalma, Mr. Patel's Pretrial Services Officer, have no objection to the relief sought by Mr. Patel; and for good cause shown,

IT IS this ___7___ day of _December_ 2010,

ORDERED that Defendant Dilip Patel is hereby permitted to travel to India leaving New Jersey on December 21, 2010 and returning to New Jersey on February 3, 2011, and;

IT IS FURTHER ORDERED that Defendant Dilip Patel's passport be returned to him for the specific purpose of traveling to India as stated above pursuant to the following conditions:

1) The full itinerary is to be submitted to pre-trial services prior to release of the passport; and

2) Mr. Patel shall return the passport to Pre-Trial Services within one business day of his return on February 3, 2011.

                                        _____
                                        HON. STANLEY R. CHESLER
                                        UNITED STATES DISTRICT JUDGE