UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**                                                          September 20, 2011
Judge Chesler

**COURT REPORTER: KASHMER**                          Docket <u>**10-651**</u>

<u>**TITLE OF CASE**</u>

USA

v.

DILIP PATEL

<u>**APPEARANCE:**</u>

Maureen Nakly, AUSA

Robert J. Cleary, Esq., Retained

<u>**NATURE OF PROCEEDINGS:**</u>

**NON CONTESTED SENTENCE**

**SENTENCE: 2 years probation**

Based on the information presented the defendant is excused from the mandatory drug testing, etc.,

**SPECIAL CONDITIONS**

New Debt Restrictions

Self Employment/Business Disclosure

**FINE $25,000.00**

**SPECIAL ASSESSMENT: $100.00, which shall be due immediately**

11:15 a.m. to 11:45 30 minutes

s/Theresa C. Trivino, Senior Coutroom Deputy/Court Specialist
