PAUL J. FISHMAN
UNITED STATES ATTORNEY
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NEW JERSEY  07102
(973)645-2736
LAB0321

October 12, 2011

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. STANLEY R. CHESLER** |
| *PLAINTIFF,* | : | ***CRIMINAL No. 10-651-01*** |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **DILIP PATEL,** | : | Document filed electronically |
| *DEFENDANT.* | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of

the United States Court for the District of New Jersey is hereby authorized and requested to

satisfy and cancel said judgment of record, as to defendant, Dilip Patel.

PAUL J. FISHMAN
UNITED STATES ATTORNEY

s/ LEAH A. BYNON
By:    LEAH A. BYNON
ASSISTANT U.S. ATTORNEY